**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENNIE HENRY, | ) NO. CV 10-8013-R (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| KELLY HARRINGTON, WARDEN, | ) |
| Respondent. | ) |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 31, 2012 .

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE