**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENNIE HENRY,<br><br>        Petitioner,<br><br>   v.<br><br>KELLY HARRINGTON, WARDEN,<br><br>        Respondent. | NO. CV 10-8013-R (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 31, 2012.

                                              MANUEL L. REAL
                                 UNITED STATES DISTRICT JUDGE